UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LARKIN and DAG SAGFORS, Derivatively on Behalf of Nominal Defendant PEGASYSTEMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALAN TREFLER, PETER GYENES, RICHARD JONES, CHRISTOPHER LAFOND, DIANNE LEDINGHAM, SHARON ROWLANDS, LEON TREFLER, LARRY WEBER, KENNETH STILLWELL, DON SCHUERMAN, KERIM AKGONUL, and BENJAMIN BARIL, <br><br> Defendants, <br><br> and <br><br> PEGASYSTEMS INC., <br><br> Nominal Defendant. | Case No.: 1:25-cv-10303 |

## DECLARATION OF ILAN T. GRAFF

I, Ilan T. Graff, state and declare as follows:

1. I am an attorney with the law firm Fried, Frank, Harris, Shriver & Jacobson LLP, and a member in good standing with the Bars of the Commonwealth of Massachusetts and the State of New York. I am also an inactive member of the North Carolina State Bar. I am admitted to the United States District Court for the District of Massachusetts, as well as the United States District Court for the Southern District of New York, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Fourth Circuit.

2. I am an attorney for Defendants Christopher Lafond, Dianne Ledingham, and Sharon Rowlands in the above-captioned case. Mr. Lafond, Ms. Ledingham, and Ms. Rowlands are the sole members of the Demand Review Committee (the "DRC") of the Board of Directors (the "Board") of Pegasystems Inc. ("Pegasystems").

3. I submit this Declaration in support of the DRC's Motion to Dismiss the Verified Shareholder Derivative Complaint, On Behalf of Nominal Defendant Pegasystems, filed contemporaneously herewith.

4. The DRC was formed, and its members were nominated, by the Board (other than Mr. Alan Trefler, who recused himself) in April 2023 in order to investigate and respond to several shareholder demands the Board had received (the "Demands"). All members of the Board, apart from Mr. Trefler, have been independent at all relevant times. *See* Pegasystems Inc., Definitive Proxy Statement, at 16 (Sched. 14A) (Apr. 28, 2023); Pegasystems Inc., Definitive Proxy Statement, at 18 (Sched. 14A) (Apr. 26, 2024).

5. Attached hereto as Exhibit 1 is a true and correct copy of the final report issued by the DRC rejecting the Demands, titled Report of the Demand Review Committee of the Pegasystems Board of Directors on its Investigation of Confidential Demand Letters, dated October 7, 2024, and the attachments thereto.

6. I declare under penalty of perjury that the foregoing is true and correct.

*[Signature block on next page.]*

Respectfully submitted,

Date: April 28, 2025

*/s/ Ilan T. Graff*
Ilan T. Graff (BBO# 675630)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
ilan.graff@friedfrank.com

*Attorney for Defendants Christopher Lafond,
Dianne Ledingham, and Sharon Rowlands*

## **CERTIFICATE OF SERVICE**

    I, Ilan T. Graff, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on April 28, 2025.

                                          */s/ Ilan T. Graff*
                                          Ilan T. Graff (BBO# 675630)