UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LARKIN and DAG SAGFORS, Derivatively on Behalf of Nominal Defendant PEGASYSTEMS INC., <br><br> Plaintiff <br> v. <br><br> ALAN TREFLER, PETER GYENES, RICHARD JONES, CHRISTOPHER LAFOND, DIANNE LEDINGHAM, SHARON ROWLANDS, LEON TREFLER, LARRY WEBER, KENNETH STILLWELL, DON SCHUERMAN, KERIM AKGONUL, and BENJAMIN BARIL, <br><br> Defendants, <br><br> PEGASYSTEMS INC., <br><br> Nominal Defendant. | Case No. 1:25-cv-10303-WGY |

**MOTION TO DISMISS THE VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT ON BEHALF OF DEFENDANTS LEON TREFLER, DONALD SCHUERMAN, KERIM AKGONUL, AND BENJAMIN BARIL**

Defendants Leon Trefler, Donald Schuerman, Kerim Akgonul, and Benjamin Baril (together, "Defendants") respectfully move the Court to dismiss the Verified Shareholder Derivative Complaint filed in this action, with prejudice. As grounds therefore, Defendants submit that the Complaint should be dismissed under Massachusetts Business Corporations Act § 7.44 because the Demand Review Committee of the Board of Directors of Pegasystems consisting of independent directors determined in good faith, and after a reasonable investigation of Plaintiffs' claims, that it is against Pegasystems' best interests to pursue those claims against the Defendants. This Motion is supported by the accompanying Memorandum of Law,

the Memorandum of Law of Defendants Christopher Lafond, Dianne Ledingham, and Sharon Rowlands in Support of their Motion to Dismiss and the Declaration of Ilan T. Graff and accompanying exhibits (ECF No. 21).

WHEREFORE, Defendants Leon Trefler, Donald Schuerman, Kerim Akgonul, and Benjamin Baril respectfully request that the Court enter an order dismissing all claims against Defendants with prejudice.

Respectfully Submitted,

/s/ *John F. Sylvia*
John F. Sylvia (BBO # 555581)
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1820
jfsylvia@mintz.com

*Counsel for Defendants Leon Trefler, Donald Schuerman, Kerim Akgonul, and Benjamin Baril*

Dated: April 28, 2025

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) & (e), Defendants Leon Trefler, Donald Schuerman, Kerim Akgonul, and Benjamin Baril respectfully request a hearing on this Motion to Dismiss, to be set for hearing at such time as the Court determines. Defendants make this request because they believe that oral argument will assist the Court's consideration of this Motion, and they would appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the Court.

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

The undersigned certifies that counsel for Defendants conferred with counsel for Plaintiffs and attempted in good faith to resolve or narrow the issues that are the subject of this Motion. Plaintiffs did not assent to the relief sought in this Motion.

## **CERTIFICATE OF SERVICE**

I, John F. Sylvia, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 28, 2025.

/s/  *John F. Sylvia*