UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LARKIN and DAG SAGFORS, Derivatively on Behalf of Nominal Defendant PEGASYSTEMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALAN TREFLER, PETER GYENES, RICHARD JONES, CHRISTOPHER LAFOND, DIANNE LEDINGHAM, SHARON ROWLANDS, LEON TREFLER, LARRY WEBER, KENNETH STILLWELL, DON SCHUERMAN, KERIM AKGONUL, and BENJAMIN BARIL, <br><br> Defendants, <br><br> and <br><br> PEGASYSTEMS INC., <br><br> Nominal Defendant. | Case No.: 1:25-cv-10303-WGY |

## MOTION FOR LEAVE TO INTERVENE AND STAY SHAREHOLDER DERIVATIVE ACTION

Pursuant to Federal Rule of Civil Procedure 24, proposed intervenors Robert Garfield, Jayne Birch, John Dwyer, and Ray Gerber ("Proposed Intervenors") move for leave to intervene and stay the above-captioned derivative action. This Motion is supported by the accompanying Memorandum of Law, the Declaration of Joel Fleming and the accompanying exhibits.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a), Proposed Intervenors conferred with the counsel for the parties. Defendants and the Demand Review Committee do not oppose this motion. Plaintiffs do not assent to the relief sought.

1

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Proposed Intervenors respectfully request oral argument on this motion.

Dated: June 6, 2025

OF COUNSEL:

Edward G. Timlin
Eric J. Riedel
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400
Edward.Timlin@blbglaw.com
Eric.Riedel@blbglaw.com

Richard A. Speirs
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
(212) 220-2912
rspeirs@cohenmilstein.com

Rusty E. Glenn
**SHUMAN, GLENN & STECKER**
600 17th Street, Suite 2800 South
Denver, CO 80202
(303) 861-3003
rusty@shumanlawfirm.com

Brett D. Stecker
**SHUMAN, GLENN & STECKER**
326 W. Lancaster Avenue
Ardmore, PA 19003
 (303) 861-3003
brett@shumanlawfirm.com

Respectfully submitted,

*/s/ Joel Fleming*
Joel Fleming (BBO #685285)
Lauren Godles Milgroom (BBO #698743)
**EQUITY LITIGATION GROUP LLP**
1 Washington Mall #1307
Boston, MA 02108
(617) 468-8602
jfleming@equitylitigation.com
lmilgroom@equitylitigation.com

Daniel Silverman (BBO #704387)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
769 Centre Street, Suite 207
Boston, MA 02130
(617) 858-1990
dsilverman@cohenmilstein.com

*Counsel for Proposed Intervenors*

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document and all attachments and exhibits thereto filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF).

<u>/s/ Joel Fleming</u><br>
Joel Fleming (BBO# 685285)