UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LARKIN and DAG SAGFORS, Derivatively on Behalf of Nominal Defendant PEGASYSTEMS INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALAN TREFLER, PETER GYENES, RICHARD JONES, CHRISTOPHER LAFOND, DIANNE LEDINGHAM, SHARON ROWLANDS, LEON TREFLER, LARRY WEBER, KENNETH STILLWELL, DON SCHUERMAN, KERIM AKGONUL, and BENJAMIN BARIL, <br><br> Defendants, <br><br> and <br><br> PEGASYSTEMS INC., <br><br> Nominal Defendant. | Case No.: 1:25-cv-10303-WGY |

## DECLARATION OF JOEL FLEMING

I, Joel Fleming, state and declare as follows:

1. I am a partner of Equity Litigation Group LLP, counsel to proposed intervenors, and am an attorney admitted to practice in the Commonwealth of Massachusetts and before this Court. I submit this Declaration in support of the proposed intervenors' motion for leave to intervene and to stay this action.

2. Attached as exhibits hereto are true and authentic copies of the following documents:

| Exhibit | Description |
|---|---|
| Ex. A | Verified Consolidated Stockholder Derivative Complaint (*Birch v. Trefler*, Civil No. 24-3076-BLS (Mass. Sup. Ct.) |
| Ex. B | Amended and Restated Bylaws of Pegasystems Inc. |
| Ex. C | Books and records demand on behalf of Jayne Birch (Feb. 6, 2023) |

1

2

| Exhibit | Description |
|---------|-------------|
| Ex. D | Books and records demand on behalf of Robert Garfield (Apr. 18, 2023) |
| Ex. E | Litigation demand on behalf of Robert Garfield (May 17, 2023) |
| Ex. F | Litigation demand on behalf of Jayne Birch (Aug. 3, 2023) |
| Ex. G | Litigation demand on behalf of John Dwyer (Mar. 25, 2024) |
| Ex. H | Litigation demand on behalf of Ray Gerber (Mar. 26, 2024) |

3. I declare under penalty of perjury that the foregoing is true and correct.

                                                                            */s/ Joel Fleming*  
                                                                            Joel Fleming (BBO# 685285)

**CERTIFICATE OF SERVICE**

I hereby certify that this document and all attachments and exhibits thereto filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF).

*/s/ Joel Fleming*
Joel Fleming (BBO# 685285)
