UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARY LARKIN and DAG SAGFORS, Derivatively on Behalf of Nominal Defendant PEGASYSTEMS INC.,

Plaintiffs,

v.

ALAN TREFLER, PETER GYENES, RICHARD JONES, CHRISTOPHER LAFOND, DIANNE LEDINGHAM, SHARON ROWLANDS, LEON TREFLER, LARRY WEBER, KENNETH STILLWELL, DON SCHUERMAN, KERIM AKGONUL, and BENJAMIN BARIL,

Defendants,

and

PEGASYSTEMS INC.,

Nominal Defendant.

Case No.: 1:25-cv-10303-WGY

**PROPOSED INTERVENORS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO INTERVENE AND STAY SHAREHOLDER DERIVATIVE ACTION**

Pursuant to Local Rule 7.1(b)(3), proposed intervenors Robert Garfield, Jayne Birch, John Dwyer, and Ray Gerber ("Proposed Intervenors") seek leave to file a reply in support of their motion to intervene and stay the above-captioned derivative action (the "Motion"), Dkt. 37, by no later than 5:00 PM on Friday, June 27, 2025. The reply will be no longer than seven pages and will be "limited to rebuttal of factual and legal arguments raised in [Plaintiffs'] opposition" and Defendants' response to the Motion. *Smith v. Liberty Mut. Ins. Co.*, Civil Action No. 1:20-cv-11583-ADB, 2021 WL 1581017, at *3 (D. Mass. Apr. 22, 2021) (quoting *Noonan v. Wonderland Greyhound Park Realty LLC*, 723 F. Supp. 2d 298, 349 (D. Mass. 2010)). Proposed Intervenor has

1

conferred with counsel for the parties, and this request is unopposed. Defendants do not oppose the motion, and Plaintiffs take no position.

Plaintiffs' opposition and Defendants' response to the Motion were filed June 20, 2025, and the Court has scheduled a status conference in this matter on Monday, June 30, 2025 at 2:15 PM. Proposed Intervenors' request will not affect the scheduled status conference. The additional briefing will assist the Court in resolving the pending Motion and allow Proposed Intervenors to respond concisely to issues presented in the responsive papers.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), Proposed Intervenors conferred with the counsel for the parties. Defendants do not oppose the Motion, and Plaintiffs take no position.

| | |
|---|---|
| Dated: June 24, 2025 | Respectfully submitted, |
| OF COUNSEL: | */s/ Lauren Godles Milgroom* <br> Joel Fleming (BBO #685285) |
| Edward G. Timlin <br> Eric J. Riedel <br> **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> (212) 554-1400 <br> Edward.Timlin@blbglaw.com <br> Eric.Riedel@blbglaw.com | Lauren Godles Milgroom (BBO #698743) <br> **EQUITY LITIGATION GROUP LLP** <br> 1 Washington Mall #1307 <br> Boston, MA 02108 <br> (617) 468-8602 <br> jfleming@equitylitigation.com <br> lmilgroom@equitylitigation.com |
| Richard A. Speirs <br> **COHEN MILSTEIN SELLERS & TOLL PLLC** <br> 88 Pine Street, 14th Floor <br> New York, NY 10005 <br> (212) 220-2912 <br> rspeirs@cohenmilstein.com | Daniel Silverman (BBO #704387) <br> **COHEN MILSTEIN SELLERS & TOLL PLLC** <br> 769 Centre Street, Suite 207 <br> Boston, MA 02130 <br> (617) 858-1990 <br> dsilverman@cohenmilstein.com <br><br> *Counsel for Proposed Intervenors* |

Rusty E. Glenn
**SHUMAN, GLENN & STECKER**
600 17th Street, Suite 2800 South
Denver, CO 80202
(303) 861-3003
rusty@shumanlawfirm.com

Brett D. Stecker
**SHUMAN, GLENN & STECKER**
326 W. Lancaster Avenue
Ardmore, PA 19003
 (303) 861-3003
brett@shumanlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF).


*/s/ Lauren Godles Milgroom*
Lauren Godles Milgroom (BBO# 698743)