**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARY LARKIN and DAG SAGFORS, Derivatively on Behalf of Nominal Defendant PEGASYSTEMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALAN TREFLER, PETER GYENES, RICHARD JONES, CHRISTOPHER LAFOND, DIANNE LEDINGHAM, SHARON ROWLANDS, LEON TREFLER, LARRY WEBER, KENNETH STILLWELL, DON SCHUERMAN, KERIM AKGONUL, and BENJAMIN BARIL,<br><br>Defendants,<br><br>and<br><br>PEGASYSTEMS INC.,<br><br>Nominal Defendant. | Case No. 1:25-cv-10303-WGY |

**JOINT NOTICE OF PROPOSED SETTLEMENT**

The undersigned hereby give notice that the parties to this case and the related state court action captioned *Dwyer et al. v. Trefler et al.*, No. 24-cv-01734-BLS1 (Mass. Super. Ct.) ("State Court Action") have entered into a settlement agreement to resolve the claims in this action and the State Court Action, subject to approval by the state court, on the basis of a $7 million special cash dividend to the stockholders of Pegasystems Inc. ("Pega") and Pega's agreement to maintain certain governance enhancements adopted in response to this action and the State Court Action. The proposed settlement will be submitted to the Business Litigation Session of the Massachusetts Superior Court for preliminary and final approval of the settlement and plaintiffs' request for an

award of attorneys' fees and expenses. Upon the effective date of the settlement, the parties intend to submit a joint motion to dismiss this action with prejudice. The parties are happy to address any questions or concerns that the Court may have.

Respectfully submitted,

Dated: February 9, 2026

*/s/ Mitchell J. Matorin*

**MATORIN LAW OFFICE, LLC**
Mitchell J. Matorin (BBO# 649304)
18 Grove Street, Suite 5
Wellesley, Massachusetts 02482
(781) 453-0100
mmatorin@matorinlawoffice.com

*Counsel for Plaintiff Mary Larkin*

**Of Counsel for Plaintiff Mary Larkin:**

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, New York 11530
(516) 683-3516
sdr@rl-legal.com
tjm@rl-legal.com
vl@rl-legal.com

**ANDREWS DEVALERIO LLP**
Glen DeValerio (BBO #122010)
Daryl Andrews (BBO# 568523)
P.O. Box 67101
Chestnut Hill, Massachusetts 02467
(617) 999-6473
glen@andrewsdevalerio.com
daryl@andrewsdevalerio.com

*Counsel for Plaintiff Dag Sagfors*

**Of Counsel for Plaintiff Dag Sagfors:**

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
Marion Passmore
810 Seventh Avenue, Suite 620
New York, New York 10019
(212) 308-5858
eagel@bespc.com
passmore@bespc.com

**GRIFFIN HUMPHRIES LLC**
Badge Humphries
2113 Middle Street, Suite 305
Sullivan's Island, South Carolina 29482
(843) 883-7444
bhumphries@griffinhumphries.com

*/s/ Scott B. Luftglass*
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Scott B. Luftglass
Ilan Graff
One New York Plaza
New York, NY 10004
(212) 859-8000
scott.luftglass@friedfrank.com
ilan.graff@friedfrank.com

*Counsel for Defendants Christopher Lafond, Dianne Ledingham, and Sharon Rowlands*

*/s/ Daniel W. Halston*
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
Daniel W. Halston
Robert Kingsley Smith
Erika M. Schutzman
60 State Street
Boston, MA 02109
(617) 526-6000
daniel.halston@wilmerhale.com
robert.smith@wilmerhale.com
erika.schutzman@wilmerhale.com

*Counsel for Defendants Alan Trefler, Kenneth Stillwell, Peter Gyenes, Richard Jones, and Larry Weber and Nominal Defendant Pegasystems Inc.*

*/s/ John F. Sylvia*
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
John F. Sylvia
One Financial Center
Boston, MA 02111
(617) 542-6000
jsylvia@mintz.com

*Counsel for Defendants Leon Trefler, Don Schuerman, Kerim Akgonul, and Benjamin Baril*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 9, 2026.

*/s/ Mitchell J. Matorin*